RECEIVED

JUN - 3 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES A. STEWART | CIVIL ACTION NO. 11-0428 |
| VERSUS | DISTRICT JUDGE DEE D. DRELL |
| WILLIAM CLAY KIMBRELL, L.P. BROWN, III, & KSB EXPLORATION, LLC | MAGISTRATE JUDGE JAMES D. KIRK |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**I FIND THAT** complete diversity is absent in this case and no federal question was stated in the original complaint or in the counter-claim and third party demand. This court lacks jurisdiction.

**THEREFORE, IT IS ORDERED** that the motion to dismiss, doc. #55 is **GRANTED** and this case is  dismissed.

**THUS DONE AND SIGNED**, in Chambers, in Alexandria,  Louisiana, on this 3rd day of _____JUNE_____, 2013.

**DEE D. DRELL, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**